# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORY KINCHEN

NO. 2020 KW 0120

APR 2 8 2020

---

In Re:    State of Louisiana, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          08-16-0467

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT GRANTED.** The district court's ruling granting the defendant credit for time served while out on bond is reversed. In accordance with La. Code Crim. P. art. 880(A), "[a] defendant shall receive credit toward service of his sentence for time spent in actual custody prior to the imposition of sentence." The granting of credit for time served prior to the imposition of sentence has been self-operating even on a silent record. See **State v. Bradford**, 2019-0321 (La. App. 1st Cir. 9/27/19) 2019 WL 4731646 (unpublished). Therefore, the district court abused its discretion by granting the defendant credit for time not spent in actual custody. Accordingly, this matter is remanded to the district court to amend the sentencing minutes and commitment order to reflect this court's ruling.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.